IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KELLY A. MCMURPHEY, PERSONAL REPRESENTATIVE OF THE ESTATE OF M.B.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Montana; and MONTANA COUNCIL, BOY SCOUTS OF AMERICA, a Montana non-profit corporation,<br><br>　　　　　　　Defendants. | Case No. 4:20-cv-00009-BMM<br><br>**ORDER ALLOWING SUBSTITUTION OF PARTY AND AMENDING CAPTION** |

　　　Upon Plaintiff's Unopposed Motion for Substitution of Party and to Amend Case Caption, and the Court being fully advised and good cause appearing therefrom:

　　　IT IS HEREBY ORDERED that:

　　　1.　　The Court grants Plaintiff's Motion for Substitution of Party, substituting Kelly A. McMurphey, Personal Representative of the Estate of M.B. as Plaintiff.

　　　2.　　The Court caption shall be amended to read as follows:  Kelly A. McMurphey, Personal Representative of the Estate of M.B., Plaintiff, v. THE BOY

**ORDER ALLOWING SUBSTITUTION OF PARTY AND AMENDING CAPTION**　　　Page 1

SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Montana; and MONTANA COUNCIL, BOY SCOUTS OF AMERICA, a Montana non-profit corporation, Defendants.

DATED this 27th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court