# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| KELLY A. MCMURPHEY, Personal Representative of the Estate of M.B., <br><br> Plaintiff, <br><br> v. <br><br> THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Montana; and MONTANA COUNCIL, BOY SCOUTS OF AMERICA, a Montana non-profit corporation, <br><br> Defendants. | CV-20-09-GF-BMM <br><br><br> **ORDER ON STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties filed a stipulated notice with the Court voluntarily dismissing the case with prejudice and without fees and costs to either party under Fed. R. Civ. Pro. 41(a)(1)(A)(ii). The Court hereby dismisses this matter with prejudice and without fees and costs to either party.

DATED this 23rd day of March, 2026.

_____
Brian Morris, Chief District Judge
United States District Court